UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-cr-62 |
| vs. ) | |
| ) | JUDGE MATTICE |
| JACINDA MAPLES ) | |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on April 18, 2013, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision (Petition) of U.S. Probation Officer Kevin Matherly and the Warrant for Arrest issued by U.S. District Judge Harry S. Mattice, Jr. Those present for the hearing included:

(1) AUSA Michael Porter for the USA.
(2) Defendant JACINDA MAPLES.
(3) Attorney Gianna Maio for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and she qualified for the appointment of an attorney to represent her at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was determined the defendant had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with her attorney. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents she had been provided.

Defendant waived her right to a preliminary hearing and detention hearing.

AUSA Porter moved defendant be detained pending a hearing to determine whether her term of supervision should be revoked.

1

## Findings

(1) Based upon U.S. Probation Officer Matherly's petition and defendant's waiver of preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe defendant has committed violations of her conditions of supervised release as alleged in the petition.

## Conclusions

It is ORDERED:

(1) The defendant shall appear in a revocation hearing before U.S. District Judge Harry S. Mattice, Jr.

(2) The motion of AUSA Porter that defendant be DETAINED WITHOUT BAIL pending her revocation hearing before Judge Mattice is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Mattice on **Monday, April 29, 2013, at 9:00 am.**

ENTER.

S/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE